ATWELL, administrator, etc., v. BROWN, appellant.

APPEAL from a judgment in favor of plaintiff entered upon the report of a referee. The action was brought by Isaiah Scott against Charles K. Brown and Samuel S. Stone, constituting the firm of Brown & Stone, to recover proceeds of alleged sales of rights to use a patent of which plaintiff claimed to be the owner. Pending the litigation Stone died and subsequently Scott died, and Frank S. Atwell was appointed his administrator.

*G. B. Kellogg* and *John B. Gale*, for appellant.

*Robert Christie*, for respondent.

BOARDMAN, J.

The opinion is devoted to a review of the evidence, no legal question of any moment being passed upon.

*Judgment affirmed.*

---

DARROW v. NORTHRUP, appellant.

APPEAL from a judgment in favor of plaintiff entered upon the report of a referee. The action was brought by William H. Darrow against Harvey Northrup to recover for an alleged sale of hops .

*H. Barclay*, for appellant.

*N. Foote*, for respondent.

BOARDMAN, J.

The only questions passed upon were those in relation to the evidence involving no legal points of any importance.

*Judgment affirmed.*